UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>KENNETH MICHAEL WOLTER, Individually and dba DESIGN TECHS (aka DESIGN TECH, aka DESIGN TECHNOLOGIES),<br><br>    Defendant. | No. 08-4487 SC<br><br>ORDER DISCHARGING <u>SHOW-CAUSE ORDER</u> |

On July 28, 2009, this Court issued an Order to Show Cause Why Defendant Should Not Be Held in Contempt. Docket No. 26 ("Show-Cause Order"). The Show-Cause Order was issued to prompt compliance with this Court's previous Order, which required Defendant Kenneth Michael Wolter ("Wolter") to turn over certain documents to Plaintiffs' auditors. Docket No. 18 ("May 26 Order"). Counsel for Plaintiffs has now informed the Court that, as of July 30, 2009, Wolter has submitted the required documents to Plaintiffs' auditors. Michele Stafford Decl. ¶ 7.[1]

Counsel for Plaintiffs has reminded the Court that Wolter has

---

[1] Michele Stafford, counsel for Plaintiffs, submitted a declaration to establish diligence in attempting to personally serve Wolter with a copy of the Court's Show-Cause Order. Docket No. 28.

still not complied with the portion of the May 26 Order that awarded Plaintiffs a total judgment of $3443.66 in attorney fees. Id. Plaintiffs have other mechanisms at their disposal, besides contempt proceedings, that they can use to enforce this judgment against Wolter.

The Court hereby DISCHARGES the Show-Cause Order, and VACATES the show-cause hearing scheduled for August 14, 2009. Plaintiffs are required to serve Wolter with a copy of this Order. Service by mail is acceptable.

IT IS SO ORDERED.

August 10, 2009

UNITED STATES DISTRICT JUDGE